[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
10/30/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

RECEIVED
OCT - 1 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Marshawn Wilson
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Chicago Police department
Officer hernandez
~~Officer McClain~~ MW
Officer McClain
_____

(Enter above the full name of ALL defendants in this action. <u>Do not</u> use "et al.")

1:18-cv-06667
Judge Marvin E. Aspen
Magistrate Judge Maria Valdez
PC3

**CHECK ONE ONLY:**

__√__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: MarShawn Wilson

    B. List all aliases: not applicable

    C. Prisoner identification number: M42672

    D. Place of present confinement: Cook County department of Corrections

    E. Address: 2600 S. California Ave, chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Chicago Police department

    Title: not applicable

    Place of Employment: Chicago Police department

    B. Defendant: Hernandez

    Title: officer

    Place of Employment: Chicago Police department

    C. Defendant: McClain

    Title: officer

    Place of Employment: Chicago Police department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ~~~~ MW
1:18-cv-06265

B. Approximate date of filing lawsuit: Approximate September 6 or 10 of 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Marshawn Wilson

D. List all defendants: ~~~~ MW MW ~~~~
Cook County department of Corrections, Sheriff Thomas J. dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States district court northern district of ILLinois

F. Name of judge to whom case was assigned: ~~~~ MW
Judge elaine E. Buchlo and Magistrate Judge Jeffrey T. gilbert PCB

G. Basic claim made: excessive restraint and failure to provide a safe environment.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): is still Pending

I. Approximate date of disposition: ~~~~ MW 9-24-2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

At approximatly 4:00 p.m. on may 16, 2018, At 4033 W. maypole Ave Chicago I Marshawn wilson was subjected to excessive force and cruel and unusual punishment by officers from the chicago Police department. Excessive force and cruel and unusual punishment was used by office hernandez and officer mcclain when, after officer mcclain stuck her MW ~~officer~~ finger into my mouth and then removed it, I was struck with several knee strikes and fist strikes to the head from both officer hernandez and officer mcclain. The officers claim that I bit officer mcclain's finger, but it was Just a natural reflex after she unexpectedly shoved her finger into my mouth. I did not knowingly intend to harm officer mcclain. officer mcclain says that she put her finger in my mouth for my own sefetey, but I feel that was not her intention when her and officer hernandez beat me to the point that I had to go to the hospital.

next, I was transported to precinct 011 were I was held for approximately 10 hrs. During this time I was held by the CPD in an inhumane and cruel and unusual manner Because I was kept from reciveing treatment for the excessive force trauma that I recived earlier. At approximatley 3:00 a.m., I was transported from precinct

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:18-cv-06667 Document #: 12 Filed: 10/30/18 Page 5 of 7 PageID #:54

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

oil to the hospital for treatment. At the hospital I was given some paper work to sign which turned out to be a refusal of treatment. The officers knew that I wanted treatment but knowingly gave me the wrong paper work. Also, At the hospital, Photographs were taken of my injuries. those Photographs have not yet been made available to Me.

After Reviewing the events that took place on may 16, 2018, there are Three facts that stand out. First, I was subjected to unnecessary and excessive force by officer hernandez and officer McClain when they Accuson me of Biting officer mcclain MW and they then beat Me with fist and knee strikes. Second, I was Inhumanely treated by officers of the chicago police department when they refused to take Me to the hospital for 10 hrs. When they finally did, they had Me sign a refusal of treatment. I then went to Jail with out being treated for my injuries and with out being checked by a doctor. This is not only Inhumane treatment, but It is outrageous to treat some one this way. Third, In Both instances I was treated in a cruel and unusual manner by officers hernendez and mcclain and the ~~chicago~~ MW chicago police department.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to recieve monetary compensation for the injuries that I sustained as well as the future issues that I will have. I would also like to see the defendants in the case be punished in a manner that causes them to change their policy and culture to ensure things like this do not happen again.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of Sept, 20 18

Marshawn Wilson
(Signature of plaintiff or plaintiffs)

Marshawn Wilson
(Print name)

20180517139
(I.D. Number)

Cook County department of Corrections
(Address)

Meshawn Wilson
I.D# 20180517139
P.O. Box 089002
Chicago, IL 60608

1:18-cv-06667
Judge Marvin E. Aspen
Magistrate Judge Maria Valdez
PC3

Prisoner correspondent,
United States District court,
219 S. Dearborn street,
20th floor,
Chicago IL, 60604

2018 OCT -1 AM 9:23
CLERK
U.S. DISTRICT COURT

10/01/2018-68